**KHASHAN LAW FIRM, APC**
Lewis Khashan, Esq. (SBN 275906)
26636 Margarita Road, Suite 101
Murrieta, California 92563
Telephone: (951) 461-2387
Facsimile: (909) 658-8981
Email: lewis@khashanlaw.com

**WALTON LAW, APC**
Christopher Walton, Esq. (SBN 231298)
Todd A. Moore, Esq. (SBN 214474)
12555 High Bluff Drive, Suite 333
San Diego, California, 92130
Telephone: (858) 384-3320
Facsimile: (858) 384-3321
Email: cwalton@waltonlawapc.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARTHA BELCHER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOWES HOME CENTERS, LLC, a limited liability company; LOWES HIW, INC., a corporation; LOWES COMPANIES, INC., a corporation; and DOES 1 TO 10,<br><br>Defendants. | Case No.: 5:22-cv-00220 JWH (SHKx)<br>Superior Court Case No.: CVRI2103111<br><br>*[Assigned to District Judge John W. Holcomb; Magistrate Judge Shashi H. Kewalramani]*<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>[Fed. Rule of Civ. Proc. 41(a)(1)(A)(ii)] |

/ / /

Pursuant to 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff MARTHA BELCHER and Defendant LOWE'S HOME CENTERS, LLC, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action without prejudice, with Plaintiff to pay her own costs in addition to Defendants' costs of $2,167.10. **<u>The parties request that the Clerk of Court now close this case.</u>**

Defendant's agreement to this Stipulation of Dismissal is expressly conditioned on the following terms, which are also set forth in a separate written agreement between the parties:

1. Defendant retains its right to challenge the validity and retroactive application of SB 447 and the amendments to California *Code of Civil Procedure* §377.34 to the extent it increases the damages allowed for wrongful death actions that arise from conduct that occurred prior to the enactment of SB 447 in January of 2022, and to raise any other available defense to any new action.

2. Plaintiff agrees to pay LOWE'S HOME CENTERS, LLC's counsel, Tharpe & Howell, LLP, $2,167.10 as reimbursement for customary recoverable costs incurred prior to the dismissal.

3. Plaintiff agrees to file any new Complaint in the United States District Court, Central District of California-Eastern Division, and agrees not to name as a defendant in the re-filed action any person or entity whose presence would destroy federal diversity jurisdiction.

4. Should Plaintiff breach any term of the parties' agreement, Walton Law, APC, attorneys of record for Plaintiff, agree to pay LOWE'S HOME CENTERS, LLC $50,000.00 as a penalty.

5. All discovery conducted in the action to be dismissed, Case No.: 5:22-cv-00220, as well as all discovery conducted in Riverside County Superior Court Case No.: CVRI2103111, shall be admissible in any re-filed federal

action as if it had been conducted in that action. The Federal Rules of Civil Procedure, the Federal Rules of Evidence, as well as any applicable Central District Local Rules, shall govern all previously conducted discovery between the parties in the original state and federal court action for all purposes, including for purposes of resolving any discovery dispute or any motion to compel responses or further responses. However, any interrogatories previously propounded in the action to be dismissed (including in the underlying superior court action), shall not count against the numerical limits on interrogatories set forth in Federal Rules of Civil Procedure, Rule 33(a)(1). LOWE'S HOME CENTERS, LLC may conduct a second session of MARTHA BELCHER's deposition, limited to issues relevant or material to any new cause of action in MARTHA BELCHER's re-filed action.

6. The protective order previously entered on February 9, 2022, in Central District Case No.: 5:22-cv-00220 (ECF No. 10), shall remain in full force and effect unless and until a new protective order is entered in any re-filed federal case.

IT IS SO STIPULATED

| */s/ Lewis G. Khashan* | */s/ Roger W. Backlar* |
|---|---|
| Lewis G. Khashan (SBN 275906) | Stephanie Forman (SBN 195757) |
| KHASHAN LAW FIRM, APC | Roger W. Backlar (SBN 225277) |
| 26636 Margarita Road, Suite 101 | THARPE & HOWELL, LLP |
| Murrieta, California 92563 | 15250 Venture Boulevard, 9th Floor |
| Telephone: (951) 461-2387 | Sherman Oaks, CA 91403 |
| Facsimile: (909) 658-8981 | Telephone: (818) 205-9955 |
| Attorneys for Plaintiff | Facsimile: (818) 205-9944 |
| MARTHA BELCHER | Attorney for Defendant LOWE'S HOME CENTERS, LLC |

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE
Case No.: 5:22-cv-00220 JWH (SHKx)

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Joint Stipulation of Dismissal without Prejudice has been filed electronically this 27th day of July, 2022. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Lewis G. Khashan*
Lewis G. Khashan, Esq.